IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY CHISANO, | |
| Plaintiff, | 4:23CV3133 |
| vs. | |
| JOHN NEWTON, | ORDER |
| Defendant. | |

A telephone conference took place before the undersigned magistrate judge on March 14, 2024.

Counsel for Plaintiff Anthony Chisano stated on the record that he was not opposed to Defendant John Newton's pending Motion for Leave to File a Second Amended Answer and Counterclaims. (Filing No. 43). Counsel for Plaintiff Chisano also moved to withdraw the pending Motion to Dismiss. (Filing No. 31).

Accordingly,

IT IS ORDERED that:

1) Defendant Newton's Motion for Leave to File a Second Amended Answer and Counterclaims is granted. On or before March 21, 2024, Defendant Newton shall file the Second Amended Answer and Counterclaims he attached to his motion for leave to amend.

2) Plaintiff Chisano's motion to withdraw the pending motion to dismiss is granted.

Dated this 15th day of March, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge